```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

WILLIAM CASSEL                        :
                                      :   CIVIL ACTION   11-7045
                                      :
     vs.                              :
                                      :
ADOLOR CORPORATION, ET AL


## **NOTICE**

      AND NOW, this 15TH day of NOVEMBER, 2011, it is Ordered that this matter is **SCHEDULED** for a TELEPHONE CONFERENCE in chambers before the Honorable J. Curtis Joyner, on, **NOVEMBER 15, 2011 at 3:30PM** in Room 17614 - 17TH FLOOR.  (WHEN MR. SMITH HAVE ALL PARTIES ON THE LINE CALL CHAMBERS AT 215-597-1537)

PS: If counsel is not available at this time and wish to reschedule that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties.  Plaintiff is to notify all parties of this conference.


ATTEST:                              or     BY THE COURT


BY: S/SHARON CARTER                  _____
    Sharon Carter                    Judge
    Deputy Clerk
Civ 12 (9/83)