UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CASSEL, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ADOLOR CORPORATION, *et al.* <br><br> Defendants. | Case No. 11-cv-7045 |

**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS UNTIL AFTER THE EXPIRATION OF THE TENDER OFFER.**

The parties and their respective counsel stipulate and agree that the above-captioned matter shall be stayed until the expiration of the tender offer on December 6, 2011.  Plaintiff's pending motion for expedited proceedings therefore is deemed MOOT.

**IT IS SO ORDERED.**

Dated:_____                           BY THE COURT:


                                                                    _____
                                                                    HONORABLE J. CURTIS JOYNER

Stipulated by and between:

Dated: November 22, 2011          BRODSKY & SMITH, LLC

                                                  By: *s/ Evan J. Smith, Esquire*
                                                  Evan J. Smith, Esquire
                                                  Marc L. Ackerman, Esquire
                                                  Two Bala Plaza, Suite 602
                                                  Bala Cynwyd, PA 19004
                                                  (610) 667-6200
                                                  (610) 667-9029 (fax)

                                                  *Attorneys for Plaintiff*

| | |
|---|---|
| Dated: November 22, 2011 | DECHERT LLP |
| | |
| | By: *s/ Joseph A. Tate, Esquire* |
| | Joseph A. Tate, Esquire |
| | Karen Daly, Esquire |
| | Michael L. Kichline, Esquire |
| | Sabrina L. Reliford, Esquire |
| | Cira Centre |
| | 2929 Arch Street |
| | Philadelphia, PA  19140 |
| | (215) 994-2749 |
| | (215) 994-2222 (fax) |
| | |
| | *Attorneys for Defendant Adolor Corporation and the Individual Defendants* |
| Dated: November 22, 2011 | DRINKER BIDDLE & REATH LLP |
| | |
| | By: *s/ William M. McSwain, Esquire* |
| | William M. McSwain, Esquire |
| | Yvonne O. Osirim, Esquire |
| | One Logan Square, Suite. 2000 |
| | 18th & Cherry Streets |
| | Philadelphia, PA  19103-6996 |
| | (215) 988-2775 |
| | (215) 988-2757 (fax) |
| | |
| | *Attorneys for Cubist Pharmaceuticals, Inc. and FRD Acquisition Corporation* |