```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


WILLIAM CASSEL, on behalf of      :
himself and all others            :
similarly situated,               :
                                  :
            Plaintiff,            :     CIVIL ACTION
     v.                           :
                                  :     No. 11-CV-7045
                                  :
ADOLOR CORP., ET AL.              :
                                  :
            Defendants.           :
```

**ORDER**

AND NOW, this   22nd   day of November, 2011, the Joint Stipulation to Stay Proceedings Until After the Expiration of the Tender Offer on December 6, 2011 (Doc. No. 12) having been forwarded to the Court for approval, it is hereby ORDERED that the stay is GRANTED as stipulated. It is FURTHER ORDERED that Plaintiff's pending Motion for Expedited Proceedings (Doc. No. 2) is therefore DENIED AS MOOT.

                              BY THE COURT:


                              /s/ J. Curtis Joyner
                              J. CURTIS JOYNER, C.J.